## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                            Case No.  06-cr-181-01-SM

<u>John Teves</u>

## O R D E R

The Government's  motion to continue the final pretrial conference and trial is granted  (document 31).   Trial has been rescheduled for the June 2007 trial period.   Defendant Teves  shall file a waiver of speedy trial rights not later than March 6, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 21, 2007  at 11:30 a.m.

**Jury Selection**:  June 5, 2006 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

February  26,  2007

cc:    Donald Kennedy, Esq.
       Joseph Laplante, AUSA
       US Probation
       US Marshal