UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                    Case No.  06-cr-181-01-SM

<u>John Teves</u>

<u>O R D E R</u>

Defendant Teves's motion to continue the final pretrial conference and trial is granted (document 43).  Trial has been rescheduled for the December 2007 trial period.  Defendant Teves has filed a waiver of speedy trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  November 20, 2007 at 3:00 p.m.

    **Jury Selection**:  December 4, 2007 at 9:30 a.m.

SO ORDERED.

_____
/Steven J. McAuliffe
Chief Judge

September 19, 2007

cc:   Donald Kennedy, Esq.
      Joseph Laplante, AUSA
      US Probation
      US Marshal

2