UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Case No.  06-cr-181-01-SM

<u>John Teves</u>

## O R D E R

Defendant Teves' motion to continue the final pretrial conference and trial is granted (document 50).  Trial has been rescheduled for the February 2008 trial period.  Defendant Teves shall file a waiver of speedy trial on or before November 23, 2007.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 25, 2008 at 1:30 p.m.

**Jury Selection**:  February 5, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 9, 2007

cc:   Donald Kennedy, Esq.
      Joseph Laplante, AUSA
      US Probation
      US Marshal