UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Case No. 06-cr-181-01-SM

<u>John Teves</u>

## O R D E R

Defendant Teves's motion to continue the final pretrial conference and trial is granted (document 56). This case has been continued numerous times. No further continuances will be granted absent extraordinary circumstances.

Trial has been rescheduled for the May 2008 trial period. The defendant shall file a waiver of speedy trial rights not later than February 29, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 24, 2008 at 3:00 p.m.

**Jury Selection**: May 6, 2008 at 9:30 a.m.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

February 19, 2008

cc: Don Kennedy, Esq.
    Don Feith, AUSA
    US Probation
    US Marshal

2